**Order entered March 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01205-CV

## IN THE INTEREST OF E. H., A MINOR CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-18908

## ORDER

In accordance with our February 24, 2020 order, appellant has provided written verification he has requested the reporter's record. Accordingly, we **ORDER** Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file the reporter's record no later than April 3, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra and the parties.

/s/    ERIN A. NOWELL
JUSTICE